RECEIVED

MAR - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CLAUDIA M. BRENT | CIVIL ACTION NO. 6:14-cv-03200 |
| VERSUS | JUDGE DOHERTY |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **REVERSED and REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More specifically, the Commissioner is instructed to (1) determine whether the claimant's carpal tunnel syndrome is a severe impairment, (2) determine whether

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

the claimant has an impairment or a combination of impairments that meets or equals a listing, (3) determine the claimant's residual functional capacity; (4) determine whether the claimant can perform her past relevant work and, if not, determine whether the claimant can perform any other work. The claimant shall be afforded the opportunity to submit additional evidence and to testify at a supplemental hearing.

Lafayette, Louisiana, this __1__ day of __March__, 2016.

                        REBECCA F. DOHERTY
                        UNITED STATES DISTRICT JUDGE